UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NINA KESTNER, | ) |
|         Plaintiff, | ) |
| v. | ) No. 3:04-0750 |
| | ) Judge Echols |
| THE STANTON GROUP, INC. and, | ) |
| LBMC EMPLOYMENT PARTNERS, LLC, | ) |
|         Defendants. | ) |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 29) is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1